ANDREW L. PACKARD (Cal. Bar No. 168690)
MICHAEL P. LYNES (Cal. Bar No. 230462)
Law Offices of Andrew L. Packard
319 Pleasant Street
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (707) 763-9227
E-mail: andrew@packardlawoffices.com

MICHAEL R. LOZEAU (Cal. Bar No. 143892)
Law Office of Michael R. Lozeau
1516 Oak Street, Suite 216
Alameda, CA 94501
Tel: (510) 749-9102
Fax: (510) 749-9103
E-mail: mrlozeau@lozeaulaw.com

Attorneys for Plaintiff California Sportfishing Protection Alliance

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation;<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC GAS & ELECTRIC COMPANY, INC., a corporation.<br><br>Defendant. | Case No. Case No. 2:06-CV-00612-FCD-GGH<br><br>STIPULATION TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS; ORDER THEREON<br><br>Date: August 4, 2006<br>Time: 10:00 a.m.<br>Room: 2 (15th Floor)<br>Judge: Hon. Frank C. Damrell, Jr.<br><br>Original Hearing Date: July 21, 2006<br>Complaint Filed: March 23, 2006<br><br>(E.D. Local Rules 6-144, 78-230(g)) |

IT IS HEREBY STIPULATED between Plaintiff CALIFORNIA SPORTFISHING PROTECTION ALLIANCE and Defendant PACIFIC GAS & ELECTRIC COMPANY, INC., by and through their respective counsel of record, that the hearing on Defendant's motion to dismiss filed on May 18, 2006, be continued, with the Court's permission, from July 21, 2006 to August 4, 2006 at 10:00 a.m. in Courtroom #2.

The parties further stipulate that, pursuant to this continuance and subject to the Court's approval, Plaintiff's Opposition to Defendant's Motion to Dismiss, which was previously due on July 7, 2006, will now be due July 21, 2006, and Defendant's Reply to Plaintiff's Opposition will now be due on July 28, 2006.

Respectfully submitted,

Dated: June 23, 2006          LAW OFFICES OF ANDREW L. PACKARD

                              By:    /s/ Andrew L. Packard
                                     Andrew L. Packard
                                     Michael P. Lynes
                                     Attorneys for Plaintiff
                                     CALIFORNIA SPORTFISHING
                                     PROTECTION ALLIANCE

                                     [Signed and filed with permission of counsel]

Dated: June 23, 2006          STOEL RIVES LLP

                              By:    /s/ Sandi L. Nichols
                                     Sandi L. Nichols
                                     Attorney for Defendant
                                     PACIFIC GAS & ELECTRIC COMPANY

                                     [Signed and filed with permission of counsel]

### ORDER

Based upon the foregoing stipulation of the parties, IT IS SO ORDERED.

Date: June 26, 2006           /s/ Frank C. Damrell Jr.
                              United States District Court Judge
                              The Honorable Frank C. Damrell, Jr