SANDI L. NICHOLS (#100403)
VANESSA A. IMBERG (#203305)
STOEL RIVES LLP
111 Sutter Street, Suite 700
San Francisco, CA  94104
Telephone:  (415) 617-8900
Facsimile:  (415) 676-3000
Email:   slnichols@stoel.com
         vaimberg@stoel.com

JUAN M. JAYO (#71337)
NOEL WISE (#169453)
PACIFIC GAS & ELECTRIC COMPANY
77 Beale Street, B30A
San Francisco, CA  94177
Telephone:  (415) 973-7000
Facsimile:  (415) 972-5952
Email:   JMJ8@pge.com
         NXW4@pge.com

Attorneys for Defendant
PACIFIC GAS & ELECTRIC COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>Defendant. | Case No. 2:06-CV-00612-FCD-GGH<br><br>**NOTICE OF SETTLEMENT; JOINT REQUEST TO SPECIALLY SET DISPOSITION DATE; AND TO CONTINUE MOTION TO DISMISS AND REPLY BRIEF DUE DATE; ORDER THEREON**<br><br>Judge:  The Hon. Frank C. Damrell, Jr.<br>Room:  2 (15th Floor)<br><br>Date Action Filed:  March 23, 2006 |

TO THE CLERK OF THE COURT, ANY INTERESTED PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to the Local Rules of the United States District Court for the Eastern District of California, Rule 16-160(a), the parties to the above-captioned

Clean Water Act citizen suit have reached a settlement. That settlement is contingent upon the expiration of the federal agency 45-day review period,[1] as well as the expiration of additional time (up to 120 days from the July 26, 2006 Effective Date of the Settlement Agreement) to resolve any issues that may be raised by any agency. The Settlement Agreement further provides that, in the event the parties are unable to resolve issues raised by any of the federal agencies required to review the agreement, then the settlement is automatically null and void.

PLEASE TAKE FURTHER NOTICE that, in accordance with federal law, no papers disposing of this action may be entered prior to 45 days following the receipt of the proposed settlement agreement by the United States Department of Justice and the national and Region IX office of the United States Environmental Protection Agency. *See* 40 C.F.R. § 135.5 (requiring the parties to provide notice to the court of the 45-day agency review period under 33 U.S.C. § 1365(c)). In the event that there are any issues raised by the agencies concerning the parties' settlement, the agreement provides for a 120-day review period commencing with its Effective Date, July 26, 2006, to allow the parties to meet and confer and, if necessary, resolve any such issues with the Magistrate Judge before the agreement becomes null and void. Consequently, the parties submit that good cause exists under Local Rule 16-160(b) to set November 23, 2006, as the date by which a Stipulation for Request for Dismissal or a Notice that the settlement is null and void, must be filed.

Given the contingencies in the Settlement Agreement, and given the pending Motion to Dismiss filed by defendant Pacific Gas and Electric Company ("PG&E"), scheduled for hearing before this Court on August 4, 2006, the parties also jointly request the Court to continue the hearing and briefing schedule on the pending Motion to Dismiss,[2] as allowed by Local Rule 78-

---

[1] Title 33 of the United States Code Section 1365(c) provides that "[n]o consent judgment shall be entered in an action in which the United States is not a party prior to 45-days following the receipt of a copy of the proposed consent judgment by the Attorney General and the Administrator."

[2] PG&E filed a Motion to Dismiss Plaintiff's Complaint on May 18, 2006. The original hearing on PG&E's Motion was continued by Stipulation filed on June 27, 2006, to allow for settlement discussions. *See* Court's Minute Order issued on July 6, 2006 deferring scheduling on the Motion. Pursuant to the amended schedule, Plaintiff's Opposition was due on July 21, 2006, Defendant's Reply on July 28, 2006, and the hearing set for August 4, 2006, at 10:00 a.m. Plaintiff filed its Opposition, but the parties continued to pursue settlement and entered into a

230(g)), to a date after the expiration of the 120-day resolution period set forth above, and to set the following remaining briefing and hearing schedule on the Motion to Dismiss:

    1.    Continue date for PG&E to file its Reply Brief from July 28, 2006, to December 8, 2006, and;

    2.    Continue the hearing on PG&E's Motion to Dismiss from August 4, 2006, to December 15, 2006, at 10:00 a.m., or as soon thereafter as the matter may be heard by the Court.

DATED: July 27, 2006

LAW OFFICES OF ANDREW PACKARD
LAW OFFICES OF MICHAEL L. LOZEAU

By: _____
ANDREW L. PACKARD
MICHAEL L. LYNES
Attorneys for Plaintiff
CALIFORNIA SPORTSFISHING
PROTECTION ALLIANCE

DATED: July 27, 2006

STOEL RIVES LLP

By: _____
SANDI L. NICHOLS
Attorneys for Defendant
PACIFIC GAS & ELECTRIC COMPANY

**ORDER**

The Court hereby accepts the requests set forth above and adopts them as the order of this Court.

IT IS SO ORDERED.

DATED: July 31, 2006

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL JR.
DISTRICT COURT JUDGE

written settlement agreement on July 26, 2006, thereby rendering the filing of the Reply Brief at this time unnecessary.