ANDREW L. PACKARD (State Bar No. 168690)
MICHAEL P. LYNES (State Bar No. 230462)
Law Offices of Andrew L. Packard
294 Page Street
San Francisco, CA 94102
Tel: (415) 431-2970
Fax: (415) 431-0410
E-mail: packardal@mindspring.com

MICHAEL R. LOZEAU (Bar No. 142893)
Law Office of Michael R. Lozeau
1516 Oak Street, Suite 216
Alameda, California 94501
Tel: (510) 749-9102
Fax: (510) 749-9103 (fax)
E-mail: mrlozeau@lozeaulaw.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>              Plaintiff,<br><br>      vs.<br><br>PACIFIC GAS & ELECTRIC, CORPORATION,<br><br>              Defendant. | Case No. 2:06-CV-00612-FCD- GGH<br><br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(2); ORDER THEREON** |

        Pursuant to Federal Rule of Civil Procedure 41(a)(2) and subject to the provisions of

the Settlement Agreement entered into by and between Plaintiff California Sportfishing

Protection Alliance ("CSPA") and Defendant Pacific Gas and Electric Company ("PG&E")

on July 25, 2006 (the "Settlement Agreement"), CSPA and PG&E hereby stipulate to a

dismissal without prejudice of the above-entitled action.

Dated: _____          LAW OFFICES OF ANDREW L. PACKARD

LAW OFFICE OF MICHAEL R. LOZEAU

By: _____

       ANDREW L. PACKARD
       MICHAEL P. LYNES
       **Attorneys for Plaintiff**
       CALIFORNIA SPORTFISHING
       PROTECTION ALLIANCE

Dated: _____       STOEL RIVES LLP

By: _____

       SANDI L. NICHOLS
       **Attorney for Defendant**
       PACIFIC GAS AND ELECTRIC COMPANY

**ORDER**

Based upon the foregoing Stipulation of the parties, the Court hereby orders this case dismissed without prejudice.

**IT IS SO ORDERED.**

Date: September 20, 2006       /s/ Frank C. Damrell Jr._____
                             UNITED STATES DISTRICT COURT JUDGE